1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900
   Fax: (916) 444-7998
4  portanova@thelawoffices.com

5  Attorney for Defendant DAVID BAUMGARTNER

6

7

8

9                        UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,         )   **CASE NO.   CR-10-00796 DLJ**
                                      )
13          Plaintiff,                )
                                      )
14                                    )   **STIPULATION AND**
       v.                             )   **ORDER**
15                                    )   **TO CONTINUE SENTENCING**
    DAVID BAUMGARTNER,                )
16                                    )
                                      )   Date: February 25, 2011
17          Defendant.                )   Time: 10:00am
    _____    )
18
            With the Court's permission, defendant David Baumgartner and the United States of
19
    America, by and through their undersigned attorneys, hereby stipulate and agree that Mr.
20
    Baumgartner's sentencing, presently set for February 25, 2011 at 10:00am, shall be continued to
21
    April 1, 2011at 10:00am.
22
    //
23
    //
24
    //
25
    //
26
    //
27
    //
28

1  The defendant remains in custody, having voluntarily turned himself in on November 30,
2  2010 to begin serving his inevitable sentence as soon as possible.

3

4  **SO STIPULATED.**

5

6  DATED:   February 22, 2011                    /s/ William J. Portanova
                                                  WILLIAM J. PORTANOVA
7                                                 Attorney for David Baumgartner

8

9  DATED:   February 22, 2011                    /s/ Maureen Bessette
                                                  MAUREEN BESSETTE
10                                                Assistant U.S. Attorney

11

12 **IT IS SO ORDERED.**

13

14 **DATED: February 24, 2011**                  _____
                                                  **THE HON. D. LOWELL JENSEN**
15                                                **United States District Judge**